United States District Court
Southern District of Texas
FILED

NOV 1 9 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Criminal No. M-19-2333 |
| ~~MOISES VARGAS~~<br>TN: MOISES RENAN VARGAS  JSH 11-26-2019 | | |

## AMENDED SEALED INDICTMENT

THE GRAND JURY CHARGES:

On or about April 2, 2019, in the Southern District of Texas, and within the jurisdiction of the court, the defendant,

**MOISES RENAN VARGAS**
~~MOISES VARGAS~~

did knowingly possess a machinegun, to wit: a Glock Auto Switch.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY