*106*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 9 2019

David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-19-2333 |
| § | |
| ~~MOISES VARGAS~~ § | |
| TN: MOISES RENAN VARGAS   JSH 11-26-2019 § | |

### AMENDED SEALED INDICTMENT

THE GRAND JURY CHARGES:

On or about April 2, 2019, in the Southern District of Texas, and within the jurisdiction of the court, the defendant,

**MOISES RENAN VARGAS**
~~MOISES VARGAS~~

did knowingly possess a machinegun, to wit: a Glock Auto Switch.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL

FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY